# IN THE SUPREME COURT OF ALABAMA



August 23, 2024

**SC-2023-0894**

Ex parte Steve Marshall, in his official capacity as Attorney General of the State of Alabama PETITION FOR WRIT OF MANDAMUS (In re: Megan Carmack and Leigh Gulley Manning, individually and on behalf of minor children, Michaelyn Leigh Manning and Michael Sanders Manning v. Regions Bank, in its fiduciary capacity as trustee of the Mabel Amos Memorial Fund, et al.) (Montgomery Circuit Court: CV-22-900830).

## **CERTIFICATE OF JUDGMENT**

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on August 23, 2024:

**APPLICATION OVERRULED. NO OPINION.** Mendheim, J. -- Parker, C.J., and Shaw, Wise, Bryan, Sellers, Stewart, and Mitchell, JJ., concurred.

WHEREAS, the petition in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on May 31, 2024:

**PETITION GRANTED. WRIT ISSUED.** Mendheim, J. -- Parker, C.J., and Shaw, Wise, Bryan, Sellers, Stewart, and Mitchell, JJ., concurred.

WHEREAS, page 16 of the opinion of the Supreme Court of Alabama that was released on May 31, 2024, was edited on August 23, 2024.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered

by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**